UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA L. CASTANEDA,

        Plaintiff,                    Case No. 1:13-CV-579

v.                                  HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 11, 2015, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 21) recommending that the Commissioner's decision be vacated and the case remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED**  that the Magistrate Judge's February 11, 2015, R&R (ECF No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's decision is **VACATED** and the matter is **REMANDED** for proceedings consistent with this Court's opinion.

Dated: <u>March 3, 2015</u>                <u>/s/ Robert Holmes Bell</u>
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE