UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA L. CASTANEDA,

    Plaintiff,                                      Case No. 1:13-CV-579

v.                                                   HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On July 15, 2015, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 25) recommending that Plaintiff's Motion for Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b) (ECF No. 23) be granted in part and denied in part. No objections have been filed, and the time for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the July 15, 2015, R&R (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Award of Attorney Fee (ECF No. 23) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff is **AWARDED $2,925.00** in fees and costs.

Dated: August 17, 2015                              /s/ Robert Holmes Bell
                                                                  ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE